IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARMANDO SANCHEZ, | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO. 7:23-cv-00204-DAE |
| MERIDIAN SECURITY INSURANCE COMPANY, AN AFFILIATE OF STATE AUTO PROPERTY & CASUALTY INS. CO | § § § § § § | |
| *Defendant.* | § § | |

## NOTICE OF SETTLEMENT

Plaintiff Armando Sanchez provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Plaintiff respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

**PERRY DOMINGUEZ LAW FIRM PLLC**
2101 NW Military Hwy
Castle Hills, Texas 78213
(210) 562-2879 Telephone
(210) 570-2322 Telecopier

By: */s/ Perry J. Dominguez*
Perry J. Dominguez II – *Attorney in Charge*
Southern District No. 690067
Email: perry@pdattorney.com
Naomi Lara
Southern District No. 3842280
Email: naomi@pdattorney.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served on opposing counsel in compliance with the Federal Rules of Civil Procedure through the CM/ECF filing system on December 19, 2023:

Patrick M. Kemp
Robert G. Wall
Segal McCambridge Singer & Mahoney Ltd.
100 Congress Avenue, Ste. 800
Austin, TX 78701

**ATTORNEYS FOR DEFENDANT**

                                                          */s/ Perry J. Dominguez*
                                                          Perry J. Dominguez II