United States District Court
Southern District of Texas
**ENTERED**
January 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARMANDO SANCHEZ | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:23-cv-00204 |
| | § | |
| MERIDIAN SECURITY INSURANCE | § | |
| COMPANY, AN AFFILIATE OF STATE | § | |
| AUTO PROPERTY & CASUALTY INS. CO. | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Armando Sanchez and Defendant Meridian Security Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this 22nd day of January, 2024

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE

1